IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VOLUNTEERS OF AMERICA SOUTHEAST, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06-0698-CG-C |
| ) | |
| **PERIMETER INTERNET WORKING CORP.,** ) ) | |
| ) | |
| **Defendant** ) | |

**TEMPORARY RESTRAINING ORDER**

This matter cam before the court on the "Verified Complaint" and "Application for Extension of Temporary Restraining Order" filed by plaintiff Volunteers Of America Southeast, Inc. ("VOA"). It appears to the court from the "Verified Complaint" that the temporary restraining order ("TRO") entered by the Mobile County Circuit Court on October 13, 2006, which expires by its terms on October 23, 2006, should be extended to November 3, 2006, prior to a hearing on plaintiff's request for a preliminary injunction. The court has conferred with counsel for both parties by telephone. Counsel informed the court that they agree to an extension of the TRO until a hearing can be held on November 20, 2006.[1]  After reviewing the matter, the court agrees that an extension of the TRO is appropriate.

Accordingly, it is **ORDERED** that the pending arbitration proceedings in AAA case

---

[1] Counsel also anticipate that the parties eventually may agree to forego a separate preliminary hearing and extend the TRO further to a final hearing date to be set by the court.

1

number 12 494 Y 00582 06, Perimeter Internetworking Corp. and Volunteers of America Southeast, Inc. be stayed until the court rules on the motion for preliminary injunction following a hearing to be set on November 20, 2006.

The October 13, 2006, temporary restraining order entered by the Mobile County Circuit Court was conditioned upon the filing of a bond by plaintiff in the amount of Two Hundred and Fifty Dollars ($250) for the payment of such costs and damages that may be suffered by any party that is found to have been wrongfully enjoined or restrained.  Plaintiff having posted such bond with the Clerk of the Mobile County Circuit Court, and said bond having presumably been transferred to this Court with the removal of the case, the Court finds that no further bond is needed.

This temporary restraining order will expire on November 20, 2006, unless within such time it is for good cause shown extended for a longer period, or unless defendant consents that it may be extended for a longer period of time.

It is further **ORDERED** that a hearing is hereby set on the preliminary injunction for **November 20, 2006, at 9:30 a.m.** in Courtroom 2B, United States Courthouse, Mobile, Alabama.

This Temporary Restraining Order was issued at 3:15 P.M. CDT on October 20, 2006.

          /s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE